The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SEDRICK DEWAYNE ALTHEIMER,<br><br>Plaintiff,<br><br>vs<br><br>PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD C. TROYER (a/k/a/ Ed Troyer), in his individual and official capacity,<br><br>Defendants. | NO. 2:21-cv-01437<br><br>DEFENDANT PIERCE COUNTY'S MOTION TO JOIN SHERIFF TROYER'S MOTION TO STAY<br><br>NOTED ON MOTION CALENDAR:<br>January 7, 2022 |

## I.  RELIEF REQUESTED

Defendant Pierce County, hereafter the County, joins co-Defendant Pierce County Sheriff Edward Troyer's Motion to Stay the current proceedings until the conclusion of Sheriff Troyer's criminal case for the reasons set forth in Sheriff Troyer's motion.  See Dkt. 12.   The County shares Sheriff' Troyer's position that Sheriff Troyer's Fifth Amendment right against self-incrimination conflicts with his obligation to provide discovery under the Federal Rules of Civil Procedure and that this conflict and other issues of disputed material fact in the current civil action will likely be resolved at the conclusion of Sheriff Troyer's criminal trial.  For these and all the above reasons, the County joins Sheriff Troyer's Motion to Stay the current civil trial until the

DEFENDANT PIERCE COUNTY'S MOTION TO JOIN DEFENDANT SHERIFF TROYER'S MOTION TO STAY - NO. 2:21-cv-01437

1

**JACKSON & NICHOLSON, P.S.**
**900 SW 16TH STREET, SUITE 215**
**RENTON, WA  98057**
TEL: (206) 582-6001
FAX: (206) 466-6085

1 conclusion of Sheriff Troyer's criminal case.

DATED this 3rd day of January, 2022.

s/Gregory E. Jackson
GREGORY E. JACKSON, WSBA #17541
Jackson & Nicholson, P.S.
900 SW 16th Street, Suite 215
Renton, WA  98057
(206) 582-6001
Fax: (206) 466-6085
Greg@jnseattle.com
Attorney for Defendant Pierce County, Washington

DEFENDANT PIERCE COUNTY'S MOTION TO JOIN DEFENDANT SHERIFF TROYER'S MOTION TO STAY - NO. 2:21-cv-01437

2

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Court through ECF and served on all parties or their counsel of record a copy of this document addressed as follows:

| | |
|---|---|
| Susan B. Mindenbergs<br>Law Office of Susan B. Mindenbergs<br>705 Second Avenue, Suite 1050<br>Seattle, WA 98104<br>(206) 447-1560<br>susanmm@msn.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ U.S. Mail Postage Prepaid<br>☐ ABC/Legal Messenger<br>☒ Email |
| Vonda M. Sargent<br>Law Offices of Vonda M. Sargent<br>119 First Avenue South, Suite 500<br>Seattle, WA 98104<br>(206) 838-4970<br>sisterlaw@me.com<br>Attorney for Plaintiff | ☒ CM/ECF-Filing<br>☐ U.S. Mail Postage Prepaid<br>☐ ABC/Legal Messenger<br>☒ Email |
| L. Clay Selby<br>Eric F. Schacht<br>Ledger Square Law<br>710 Market Street<br>Tacoma, WA 98402<br>(253) 327-1900<br>Clay@LedgerSquareLaw.com<br>Eric@LedgerSquareLaw.com<br>Attorneys for Defendant Pierce<br>County Sheriff Edward C. Troyer | ☒ CM/ECF-Filing<br>☐ U.S. Mail Postage Prepaid<br>☐ ABC/Legal Messenger<br>☒ Email |

DATED this 3rd day of January, 2022, at Renton, Washington.

/s/ Kimberly Weathers
KIMBERLY WEATHERS, Legal Assistant
Jackson & Nicholson, P.S.
900 SW 16th Street
Suite 215
Renton, WA 98057
Phone: (206) 582-6001
Fax: (206) 466-6085
kimberly@jnseattle.com

DEFENDANT PIERCE COUNTY'S MOTION TO JOIN DEFENDANT SHERIFF TROYER'S MOTION TO STAY - NO. 2:21-cv-01437     3

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TEL: (206) 582-6001
FAX: (206) 466-6085