UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEDRICK DEWAYNE ALTHEIMER,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD C. TROYER (a/k/a/ Ed Troyer), in his individual and official capacity,<br><br>Defendants. | NO. 2:21-cv-01437 RSM<br><br>ORDER GRANTING DEFENDANT TROYER'S MOTION TO STAY |

THIS MATTER having come noted for consideration, and the Court having reviewed the following pleadings:

1. Defendant Troyer's Motion to Stay;

2. Declaration of L. Clay Selby in Support of Defendant Troyer's Motion to Stay;

3. Any brief and/or declaration filed in response to Defendant Troyer's Motion to Stay;

4. Any brief and/or declaration filed in reply to Defendant Troyer's Motion to Stay; and

5. The records and files herein, it is hereby

ORDER GRANTING DEFENDANT TROYER'S
MOTION TO STAY - 1

ORDERED, ADJUDGED, AND DECREED that Defendant Troyer's Motion to Stay is GRANTED. All further proceedings in this matter are stayed until such time as the parallel criminal case in Pierce County District Court is fully adjudicated. The parties are DIRECTED to advise the Court of the status of the criminal case at such time or on August 1, 2022, whichever is earlier.

DATED this 11th day of January 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE