The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEDRICK DEWAYNE ALTHEIMER,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD C. TROYER (a/k/a/ Ed Troyer), in his individual and official capacity,<br><br>Defendants. | NO. 2:21-cv-01437<br><br>DEFENDANTS' STATUS REPORT RE: CRIMINAL CASE |

COME NOW Defendants Pierce County, Washington and Edward C. Troyer, by and through their respective counsel of record, and pursuant to the Court's Order Granting Defendant Troyer's Motion to Stay, hereby advise the Court of the status of Defendant Troyer's parallel criminal case pending in Pierce County District Court.[1] Defendants conferred with Plaintiff regarding an agreed Joint Status Report, but having not been able to reach agreement on language, hereby submit this update to the Court.

The Parallel Criminal Case. On or about October 19, 2021, the State of Washington charged Defendant Troyer with two gross misdemeanors – False Reporting and Making a False or

---

[1] Dkt. 18.

DEFENDANTS' STATUS REPORT - 1
NO. 2:21-cv-01437 RSM

LEDGER SQUARE LAW, P.S.
710 Market St.
Tacoma, WA 98402
Phone: (253) 327-1900
Facsimile: (253) 327-1700

1  Misleading Statement to a Public Servant.  The State filed the criminal action in Pierce County
2  District Court where it is assigned Cause No. 1AC002225.[2]  Kitsap County District Court Judge
3  Jeffrey J. Jahns has been assigned to preside over the Parallel Criminal Case.  On May 6, 2022,
4  Judge Jahns granted Defendant Troyer's motion to continue the trial date for the Criminal Case
5  from July 11, 2022 to October 31, 2022.

6  <u>The Present Lawsuit</u>.  On September 27, 2021, Plaintiff filed the present lawsuit in King
7  County Superior Court.[3]  Defendant Pierce County, Washington removed the matter to the United
8  States District Court for the Western District of Washington.[4]

9  Shortly thereafter, Defendant Troyer moved to stay all proceedings in this case, arguing
10 that both cases arise out of the same incident and alleged facts, the risk of depravation of Defendant
11 Troyer's Fifth Amendment due process rights is substantial, and that Plaintiff will not be unduly
12 prejudiced by a stay.[5]  Defendant Pierce County, Washington joined Defendant Troyer's Motion
13 to Stay.[6]  Plaintiff did not oppose a stay but asked the Court to set a trial date for April 3, 2023.[7]

14 This Court granted Defendant Troyer's Motion to Stay on January 11, 2022.[8]  In its Order,
15 the Court directed the parties to advise the Court of the status of the criminal case at the earlier of
16 its full adjudication or August 1, 2022.

17 The Parallel Criminal Case remains open and pending.  The bases for staying all
18 proceedings in this case remain unchanged, and therefore, the parties respectfully request that the
19 Court extend the stay until such time as the Parallel Criminal Case is fully adjudicated.

20 Defendants request that the Court exercise its discretion and direct the parties to file another
21 Joint Status Report by December 5, 2022.

---

[2] For purposes of this Joint Status Report, Pierce County District Court Cause No. 1AC002225, *State of Washington v. Edward C. Troyer, Jr.*, will be referred to as the "Criminal Case."
[3] Dkt. 1-1.
[4] Dkt. 1.
[5] Dkt. 12.
[6] Dkt. 15.
[7] Dkt. 16.
[8] Dkt. 18.

DEFENDANTS' STATUS REPORT - 2
NO. 2:21-cv-01437 RSM

LEDGER SQUARE LAW, P.S.
710 Market St.
Tacoma, WA 98402
Phone: (253) 327-1900
Facsimile: (253) 327-1700

DATED this 1st day of August 2022.

By:   *s/ Gregory E. Jackson*
    Gregory E. Jackson, WSBA #17541
    Jackson & Nicholson, P.S.
    900 SW 16th Street, Suite 215
    Renton, WA 98057
    Telephone: (206) 582-6001
    Facsimile: (206) 466-6085
    Email: greg@jnseattle.com
    *Attorney for Defendant Pierce County, WA*

By:   *s/ L. Clay Selby*
    L. Clay Selby, WSBA #26049
    Eric F. Schacht, WSBA #56342
    Ledger Square Law, P.S.
    710 Market Street
    Tacoma, WA 98402
    Telephone: (253) 327-1900
    Facsimile: (253) 327-1700
    Email: clay@ledgersquarelaw.com
          eric@ledgersquarelaw.com
    *Attorney for Defendant Edward C. Troyer*

DEFENDANTS' STATUS REPORT - 3
NO. 2:21-cv-01437 RSM

LEDGER SQUARE LAW, P.S.
710 Market St.
Tacoma, WA 98402
Phone: (253) 327-1900
Facsimile: (253) 327-1700

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, I caused to be served the foregoing document on the following persons and in the manner listed below:

| | |
|---|---|
| Susan B. Mindenbergs<br>Law Office of Susan B. Mindenbergs<br>705 Second Ae., Suite 1050<br>Seattle, WA 98104-1759 | ☒ CM/ECF<br>☐ Via Legal Messenger<br>☐ Overnight Courier<br>☐ Electronically via email<br>☐ Facsimile |
| Vonda M. Sargent<br>The Law Office of Vonda M. Sargent<br>119 First Ave. S, Suite 500<br>Seattle, WA 98104-3400 | ☒ CM/ECF<br>☐ Via Legal Messenger<br>☐ Overnight Courier<br>☐ Electronically via email<br>☐ Facsimile |
| Gregory E. Jackson<br>Jackson & Nicholson, P.S.<br>900 SW 16th St., Suite 215<br>Renton, WA 98057-2619 | ☒ CM/ECF<br>☐ Via Legal Messenger<br>☐ Overnight Courier<br>☐ Electronically via email<br>☐ Facsimile |

DATED this 1st day of August 2022 at Tacoma, Washington.

*s/ Amy Jean Shackelford*
Amy Jean Shackelford, PP, PLS
Legal Assistant to L. Clay Selby and
Eric F. Schacht

DEFENDANTS' STATUS REPORT - 4
NO. 2:21-cv-01437 RSM

LEDGER SQUARE LAW, P.S.
710 Market St.
Tacoma, WA 98402
Phone: (253) 327-1900
Facsimile: (253) 327-1700