THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEDRICK DEWAYNE ALTHEIMER,

                Plaintiff,

v.

PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD C. TROYER, (a/k/a Ed Troyer), in his individual and official capacity,

                Defendants.

Case No. 2:21-cv-01437-RSM

**PLAINTIFF'S STATUS REPORT RE: CRIMINAL CASE**

    COME NOW Plaintiff Sedrick Dewayne Altheimer, by and through his counsel of record, and pursuant to the Court's Order Granting Defendant Troyer's Motion to Stay, hereby advises the Court of the status of Defendant Troyer's parallel criminal case pending in Pierce County District Court.[1] The parties were unable to agree on joint language to provide the status of the criminal case to the Court and have, therefore, filed separate reports.

    <u>The Parallel Criminal Case</u>: On or about October 19, 2021, the State of Washington charged Defendant Troyer with two gross misdemeanors: (1) false reporting; and (2) making a false statement to a public servant. The State filed the criminal action in Pierce County District Court

---

[1] Dkt. 18.

PLAINTIFF'S STATUS REPORT RE: CRIMINAL CASE
Case No. 2:21-cv-01437-RSM
Page 1 of 4

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

where it is assigned Cause No. 1AC002225.[2] Kitsap County District Court Judge Jeffrey J. Jahns has been assigned to preside over the Parallel Criminal Case. On May 6, 2022, Judge Jahns granted Defendant Troyer's motion to continue the trial date for the Criminal Case from July 11, 2022 to October 31, 2022.

On June 6, 2022, the Pierce County District Court entered an Anti-Harassment Protection Order against Defendant Troyer for acts the Court deemed harassment of Plaintiff Altheimer, Case No. 2A60211A. On July 1, 2022, Judge Jahns imposed bail for Defendant Troyer in the amount of $100,000.00 in the Criminal Case citing the Court's concerns about issues raised in the Anti-Harassment Petition and Order.

<u>The Present Lawsuit</u>: On September 27, 2021, Plaintiff filed the present lawsuit in King County Superior Court.[3] Defendant Pierce County, Washington removed the matter to the United States District Court for the Western District of Washington.[4]

Shortly thereafter, Defendant Troyer moved to stay all proceedings in this case, arguing that both cases arise out of the same incident and alleged facts, the risk of depravation of Defendant Troyer's Fifth Amendment due process rights is substantial, and that Plaintiff will not be unduly prejudiced by a stay.[5] Defendant Pierce County, Washington joined Defendant Troyer's Motion to Stay.[6] Plaintiff did not oppose Defendants' request for that first stay but asked the Court to set a trial date for April 3, 2023.[7]

This Court granted Defendant Troyer's Motion to Stay on January 11, 2022.[8] In its Order, the Court directed the parties to advise the Court of the status of the Criminal Case at the earlier of its full adjudication or August 1, 2022.

---

[2] Pierce County District Court Cause No. 1AC002225, *State of Washington v. Edward C. Troyer, Jr.*, is referred to as the "Parallel Criminal Case."
[3] Dkt. 1-1.
[4] Dkt. 1.
[5] Dkt. 12.
[6] Dkt. 15.
[7] Dkt. 16.
[8] Dkt. 18.

PLAINTIFF'S STATUS REPORT RE: CRIMINAL CASE
Case No. 2:21-cv-01437-RSM
Page 2 of 4

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
susanmm@msn.com

1    The Parallel Criminal Case remains open and pending due to Defendant Troyer's request for a continuance. Plaintiff agrees that Defendants' request that the Court extend the stay only until such time as the Parallel Criminal Case now scheduled for October 31, 2022, is tried.

Because of the Defendant Troyer's on-going harassment of Plaintiff Altheimer and the danger from any further harassment, Plaintiff requests that this Court stay the proceedings only until the October 31, 2022 trial of the Criminal Case concludes. Plaintiff requests that the Court order that discovery commence no later than November 25, 2022. Plaintiff Altheimer opposes any stays of the proceedings in this matter beyond November 25, 2022.

DATED this 1st day of August 2022.

By: */s/ Susan B. Mindenbergs*
Susan B. Mindenbergs, WSBA #20545
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile:  (206) 447-1523
Email: susanmm@msn.com

By: */s/ Vonda M. Sargent*
Vonda M. Sargent, WSBA #24552
The Law Offices of Vonda M. Sargent
119 First Avenue South, Suite 500
Seattle, WA 98104
Telephone: (206) 838-4970
Facsimile:  (206) 682-3002
Email: sisterlaw@me.com
*Attorneys for Plaintiff*

PLAINTIFF'S STATUS REPORT RE: CRIMINAL CASE
Case No. 2:21-cv-01437-RSM
Page 3 of 4

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, the undersigned caused a true and correct copy of the foregoing document to be served in the manner indicated below upon the following individual(s):

| | |
|---|---|
| Gregory E. Jackson, WSBA #17541<br>Jackson & Nicholson, P.S.<br>900 SW 16th Street, Suite 215<br>Renton, WA 98057<br>Telephone: (206) 582-6001<br>Facsimile: (206) 466-6085<br>Email: Greg@jnseattle.com<br>*Attorney for Defendant Pierce County, WA* | ☐ Legal Messenger<br>☐ Facsimile<br>☐ Electronic Mail<br>☐ USPS First Class Mail<br>☐ UPS Shipping<br>☒ CM/ECF |
| L. Clay Selby, WSBA #26049<br>Eric F. Schacht, WSBA #56342<br>Ledger Square Law, P.S.<br>710 Market Street<br>Tacoma, WA 98402<br>Telephone: (253) 327-1900<br>Facsimile: (253) 327-1700<br>Email: Clay@LedgerSquareLaw.com<br>Email: Eric@LedgerSquareLaw.com<br>*Attorneys for Defendant Edward C. Troyer* | ☐ Legal Messenger<br>☐ Facsimile<br>☐ Electronic Mail<br>☐ USPS First Class Mail<br>☐ UPS Shipping<br>☒ CM/ECF |

The foregoing statement is made under the penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 1st day of August 2022.

By: */s/ Christine A. Tobin*
Christine A. Tobin, *Paralegal*
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile: (206) 447-1523
Email: christine@sbmlaw.net

PLAINTIFF'S STATUS REPORT RE: CRIMINAL CASE
Case No. 2:21-cv-01437-RSM
Page 4 of 4

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM