The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEDRICK DEWAYNE ALTHEIMER,<br><br>Plaintiff,<br><br>vs.<br><br>PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD C. TROYER (a/k/a/ Ed Troyer), in his individual and official capacity,<br><br>Defendants. | NO. 2:21-cv-01437 RSM<br><br>DEFENDANTS' STATUS REPORT |

COME NOW Defendants Pierce County, Washington and Edward C. Troyer, by and through their respective attorneys of record, and pursuant to the Court's Order Granting Defendant Troyer's Motion to Stay, hereby advise the Court of the status of Defendant Troyer's parallel criminal case pending in Pierce County District Court.[1]

<u>The Parallel Criminal Case</u>.  On or about October 19, 2021, the State of Washington charged Defendant Troyer with two gross misdemeanors – False Reporting and Making a False or Misleading Statement to a Public Servant.  The State filed the criminal action in Pierce County

---

[1] Dkt. 18.

DEFENDANTS' STATUS REPORT - 1
NO. 2:21-cv-01437 RSM

LEDGER SQUARE LAW, P.S.
710 Market St.
Tacoma, WA 98402
Phone:  (253) 327-1900
Facsimile:  (253) 327-1700

District Court where it was assigned Cause No. 1AC002225.[2]  Kitsap County District Court Judge Jeffrey J. Jahns was assigned to preside over the Parallel Criminal Case.

The Parallel Criminal Case was tried to a Pierce County jury between November 30, 2022 and December 13, 2022.  On December 14, 2022, the jury returned a verdict of "not guilty" for each of the two counts charged.  The Parallel Criminal Case is fully adjudicated.

<u>Joint Status Report and Discovery Plan</u>.  On December 8, 2021, the parties filed their Joint Status Report and Discovery Plan.[3]  Subsequently, the Court granted Defendant Troyer's Motion to Stay, and this matter has been stayed for more than one year.  Given the passage of time, Defendants hereby supplement their Joint Status Report and Discovery Plan to assist the Court in setting trial and pretrial dates.  Defendants solicited Plaintiff's counsel's trial availability and preferences, did not receive it, and therefore, file the present Status Report to avoid further delay.

**6.**     **Proposed Discovery Deadline:**  Defendants propose January 29, 2024 as the trial date with discovery cutoff 90 days prior to trial.

**10.**     **Date of Trial Readiness:**  Defendants expect to be ready for trial on January 29, 2024.

**14.**     **Trial Date Complications:**

*Defendants' Counsel's Current Unavailability is as follows:*

- <u>Selby</u>: 1/19 – 1/23/2023, 1/30 – 2/3/2023, 3/1 – 3/6/2023, 3/16 – 3/20/2023, 4/14 – 4/21/2023, 5/17 – 5/24/2023, 6/12 – 7/4/2023, 8/7 – 8/17/2023, 9/11 – 9/22/2023, and 10/30 – 11/16/2023.

- <u>Jackson</u>: 2/21 – 3/9/2023, 4/10 – 4/28/2023, 5/1 – 5/12/2023, 6/5 – 6/23/2023, 7/10 – 7/21/2023, 8/14 – 8/25/2023, 10/11 – 10/25/2023, and 12/4 – 12/15/2023.

---

[2] For purposes of this Status Report, Pierce County District Court Cause No. 1AC002225, *State of Washington v. Edward C. Troyer, Jr.*, will be referred to as the "Criminal Case."
[3] Dkt. 14.

DEFENDANTS' STATUS REPORT - 2
NO. 2:21-cv-01437 RSM

LEDGER SQUARE LAW, P.S.
710 Market St.
Tacoma, WA 98402
Phone:  (253) 327-1900
Facsimile:  (253) 327-1700

DATED this 11th day of January 2023.

By: _s/ Gregory E. Jackson_
Gregory E. Jackson, WSBA #17541
Jackson & Nicholson, P.S.
900 SW 16th Street, Suite 215
Renton, WA 98057
Telephone: (206) 582-6001
Facsimile: (206) 466-6085
Email: greg@jnseattle.com
*Attorney for Defendant Pierce County, WA*

By: _L. Clay Selby_
L. Clay Selby, WSBA #26049
Eric F. Schacht, WSBA #56342
Ledger Square Law, P.S.
710 Market Street
Tacoma, WA 98402
Telephone: (253) 327-1900
Facsimile: (253) 327-1700
Email: clay@ledgersquarelaw.com
       eric@ledgersquarelaw.com
*Attorney for Defendant Edward C. Troyer*

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, I caused to be served the foregoing document on the following persons and in the manner listed below:

| | |
|---|---|
| Susan B. Mindenbergs<br>Law Office of Susan B. Mindenbergs<br>705 Second Ae., Suite 1050<br>Seattle, WA 98104-1759 | ☒ CM/ECF<br>☐ Via Legal Messenger<br>☐ Overnight Courier<br>☐ Electronically via email<br>☐ Facsimile |
| Vonda M. Sargent<br>The Law Office of Vonda M. Sargent<br>119 First Ave. S, Suite 500<br>Seattle, WA 98104-3400 | ☒ CM/ECF<br>☐ Via Legal Messenger<br>☐ Overnight Courier<br>☐ Electronically via email<br>☐ Facsimile |

DEFENDANTS' STATUS REPORT - 3
NO. 2:21-cv-01437 RSM

LEDGER SQUARE LAW, P.S.
710 Market St.
Tacoma, WA 98402
Phone: (253) 327-1900
Facsimile: (253) 327-1700

| Gregory E. Jackson<br>Jackson & Nicholson, P.S.<br>900 SW 16th St., Suite 215<br>Renton, WA 98057-2619 | ☑ CM/ECF<br>☐ Via Legal Messenger<br>☐ Overnight Courier<br>☐ Electronically via email<br>☐ Facsimile |
|---|---|

DATED this 11th day of January 2023 at Tacoma, Washington.

                                      *s/ Amy Jean Shackelford*
Amy Jean Shackelford, PP, PLS
Legal Assistant to L. Clay Selby and
Eric F. Schacht

DEFENDANTS' STATUS REPORT - 4
NO. 2:21-cv-01437 RSM

LEDGER SQUARE LAW, P.S.
710 Market St.
Tacoma, WA 98402
Phone:  (253) 327-1900
Facsimile:  (253) 327-1700