THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEDRICK DEWAYNE ALTHEIMER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD C. TROYER, (a/k/a Ed Troyer), in his individual and official capacity,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:21-cv-01437-RSM<br><br>**PLAINTIFF'S STATUS REPORT** |

COME NOW Plaintiff Sedrick Dewayne Altheimer, by and through his counsel of record, and pursuant to the Court's Order Granting Defendant Troyer's Motion to Stay, hereby advises the Court of the status of Defendant Troyer's parallel criminal case in Pierce County District Court.[1]

The Parallel Criminal Case: On or about October 19, 2021, the State of Washington charged Defendant Troyer with two gross misdemeanors: (1) false reporting; and (2) making a false statement to a public servant. The State filed the criminal action in Pierce County District Court where it is assigned Cause No. 1AC002225.[2] Kitsap County District Court Judge Jeffrey J. Jahns

---

[1] Dkt. 18.

[2] Pierce County District Court Cause No. 1AC002225, *State of Washington v. Edward C. Troyer, Jr.*, is referred to as the "Parallel Criminal Case."

PLAINTIFF'S STATUS REPORT
Case No. 2:21-cv-01437-RSM
Page 1 of 3

**Susan B. Mindenbergs**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

presided over the Parallel Criminal Case.

This Court granted Defendant Troyer's Motion to Stay on January 11, 2022.[3] In its Order, the Court directed the parties to advise the Court of the status of the Criminal Case at the earlier of its full adjudication or August 1, 2022.  The Parallel Criminal Case is fully adjudicated.

**6. Proposed Discovery Deadline:** Plaintiff proposes discovery cutoff be ninety (90) days prior to trial.

**10. Date of Trial Readiness:** Plaintiff expects to be ready for trial on January 29, 2024.

**14. Trial Date Complications:**

*Plaintiff's Counsel's Current Trial Schedule is as Follows:*

- Mindenbergs:  06/12/2023-06/29/2023,  07/10/2023-07/26/2023,  09/18/2023-10/04/2023, 11/06/2023-11/22/2023

- Sargent:  03/20/2023-03/30/2023, 04/24/2023-05/03/2023, 11/06/2023-11/22/2023

DATED this 12th day of January 2023.

By: */s/ Susan B. Mindenbergs*
Susan B. Mindenbergs, WSBA #20545
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile:  (206) 447-1523
Email: susanmm@msn.com

By: */s/ Vonda M. Sargent*
Vonda M. Sargent, WSBA #24552
The Law Offices of Vonda M. Sargent
119 First Avenue South, Suite 500
Seattle, WA 98104
Telephone: (206) 838-4970
Facsimile:  (206) 682-3002
Email: sisterlaw@me.com
*Attorneys for Plaintiff*

---

[3] Dkt. 18.

PLAINTIFF'S STATUS REPORT
Case No. 2:21-cv-01437-RSM
Page 2 of 3

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, the undersigned caused a true and correct copy of the foregoing document to be served in the manner indicated below upon the following individual(s):

| | |
|---|---|
| Gregory E. Jackson, WSBA #17541<br>Jackson & Nicholson, P.S.<br>900 SW 16th Street, Suite 215<br>Renton, WA 98057<br>Telephone: (206) 582-6001<br>Facsimile:  (206) 466-6085<br>Email: Greg@jnseattle.com<br>*Attorney for Defendant Pierce County, WA* | ☐ Legal Messenger<br>☐ Facsimile<br>☐ Electronic Mail<br>☐ USPS First Class Mail<br>☐ UPS Shipping<br>☒ CM/ECF |
| L. Clay Selby, WSBA #26049<br>Eric F. Schacht, WSBA #56342<br>Ledger Square Law, P.S.<br>710 Market Street<br>Tacoma, WA 98402<br>Telephone: (253) 327-1900<br>Facsimile:  (253) 327-1700<br>Email: Clay@LedgerSquareLaw.com<br>Email: Eric@LedgerSquareLaw.com<br>*Attorneys for Defendant Edward C. Troyer* | ☐ Legal Messenger<br>☐ Facsimile<br>☐ Electronic Mail<br>☐ USPS First Class Mail<br>☐ UPS Shipping<br>☒ CM/ECF |

The foregoing statement is made under the penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 12th day of January 2023.

By: */s/ Christine A. Tobin*
Christine A. Tobin, *Paralegal*
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile:  (206) 447-1523
Email: christine@sbmlaw.net

PLAINTIFF'S STATUS REPORT
Case No. 2:21-cv-01437-RSM
Page 3 of 3

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM