THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEDRICK DEWAYNE ALTHEIMER,

                        Plaintiff,

v.

PIERCE COUNTY, WASHINGTON, and
PIERCE COUNTY SHERIFF EDWARD C.
TROYER, (a/k/a Ed Troyer), in his individual
and official capacity,

                        Defendants.

Case No. 2:21-cv-01437-RSM

**PLAINTIFF'S REQUEST
TO PERMIT ENTRY UPON
DEFENDANT SHERIFF EDWARD
C. TROYER'S PROPERTY** *AND
DEFENDANT'S OBJECTIONS AND
RESPONSE THERETO*

TO:     PIERCE COUNTY SHERIFF EDWARD C. TROYER, (a/k/a Ed Troyer), in his individual
        and official capacity, Defendant; and

TO:     L. CLAY SELBY and ERIC F. SCHACHT, counsel for Defendant SHERIFF EDWARD C.
        TROYER, (a/k/a Ed Troyer), in his individual and official capacity.

        Pursuant to Fed. R. Civ. P. 34(a)(2), Plaintiff Sedrick Dewayne Altheimer requests that

Defendant Sheriff Edward C. Troyer permit Plaintiff and his attorneys, Vonda M. Sargent and Susan

B. Mindenbergs, to enter Defendant Troyer's residential property located at 2901 Vista View Drive,

Tacoma, Washington 98407 ("residential property") on **Friday, September 29, 2023, at 9:00 p.m.**

PLAINTIFF'S REQUEST TO PERMIT ENTRY
UPON DEFENDANT SHERIFF EDWARD C.
TROYER'S PROPERTY *AND OBJECTIONS AND
RESPONSE THERETO*
Case No. 2:21-cv-01437-RSM
Page 1 of 7

THE LAW OFFICES OF VONDA M. SARGENT
119 FIRST AVE. S., STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

for the purposes described below:

**REQUEST NO. 1**: Plaintiff and Plaintiff's attorneys be permitted to inspect, measure, and photograph the location, home, yard, out buildings, and fixtures which constitute the residential property relevant to this matter. This request seeks entry onto the residential property made by Plaintiff, his attorneys, an investigator, and a photographer of the Plaintiff's choosing. Plaintiff will bring equipment for measuring, photographing, video recording, and otherwise inspecting said residential property. Plaintiff anticipates the measurement may take up to two (2) full hours but is likely to be much faster.

**RESPONSE**:   Defendant Troyer objects to Plaintiff's Request to Permit Entry onto Defendant Troyer's Property ("Request to Inspect") for the following reasons:

Plaintiff's request serves no legitimate discovery purpose.  Plaintiff seeks information that is neither relevant nor proportional to the needs of this case.  The facts upon which Plaintiff bases his causes of action allegedly occurred several blocks from Defendant Troyer's residence, at a vastly different time of year, and a much later hour.  The burden that this Request to Inspect places upon Defendant Troyer and his family far outweighs its likely benefit.

Additionally, Plaintiff's Request to Inspect is intended to intimidate, harass, and/or embarrass Defendant Troyer, his wife, and other family members.  As such, this Request is vexatious and brought in bad faith.  Moreover, the Request to Inspect is vague and unduly burdensome because it does not identify the purported need or basis for such inspection, the proposed scope of such inspection, or the limits upon such inspection.  Instead, Plaintiff demands unfettered access to Defendant Troyer's house, yard, outbuildings, and fixtures, none of which are relevant to the claims or defenses alleged in this lawsuit.

Defendant Troyer objects to this Request to Inspect because it violates his right to privacy, along with that of his wife, Wendy Kaleiwahea, and their other family members.  Plaintiff seeks unfettered access to the Troyers' residence on a Friday night for up to two hours without explanation

PLAINTIFF'S REQUEST TO PERMIT ENTRY
UPON DEFENDANT SHERIFF EDWARD C.
TROYER'S PROPERTY *AND OBJECTIONS AND
RESPONSE THERETO*
Case No. 2:21-cv-01437-RSM
Page 2 of 7

THE LAW OFFICES OF VONDA M. SARGENT
119 FIRST AVE. S., STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

1   or legitimate basis.  Again, the burden that this Request to Inspect places upon Defendant Troyer
2   and his family far outweighs its likely benefit.

3          Defendant Troyer objects to this Request to Inspect because of legitimate concerns about his
4   safety and that of his family.  Since Plaintiff filed this lawsuit, media and private citizens have
5   targeted Defendant Troyer for alleged, but unproven, bad acts.  In this age of targeted attacks on
6   public officials – including at their residences – Defendant Troyer is reasonably concerned that
7   allowing Plaintiff and other unidentified persons access to his residence could and would lead to the
8   leak of private, confidential details such as the internal layout of Defendant Troyer's house,
9   measurements within the residence, identification and location of personal property, etc.  Given the
10  very real danger that could come from dissemination of such information, the prejudicial effect of
11  this Request to Inspect far outweighs any benefit of such discovery.

12         Defendant Troyer objects to this Request to Inspect because it is unduly burdensome and
13  exposes himself and his family to potential liability in that Defendant Troyer's residence is in the
14  midst of a remodel.  Flooring has been removed in the interior, and in places boards are covering
15  exposed holes.  Rails on the exterior deck have been removed as well.

16         Finally, Defendant Troyer objects to this Request to Inspect because it is scheduled for a
17  date on which his attorney is unavailable as noted in a Notice of Unavailability filed and served on
18  August 22, 2023.  Dkt 36.

19         Based on the foregoing objections, and reserving all other rights and defenses, Defendant
20  Troyer rejects Plaintiff's Request to Inspect.

21         DATED this 29th day of August 2023.

22                                  By: /s/ Vonda M. Sargent
23                                  Vonda M. Sargent, WSBA #24552
                                    The Law Offices of Vonda M. Sargent
24                                  119 First Avenue South, Suite 500
                                    Seattle, WA 98104
25                                  Telephone: (206) 838-4970
                                    Facsimile:  (206) 682-3002
26

PLAINTIFF'S REQUEST TO PERMIT ENTRY            THE LAW OFFICES OF VONDA M. SARGENT
UPON DEFENDANT SHERIFF EDWARD C.                   119 FIRST AVE. S., STE. 500
TROYER'S PROPERTY *AND OBJECTIONS AND*              SEATTLE, WA 98104-2564
*RESPONSE THERETO*                                     TEL: (206) 838-4970
Case No. 2:21-cv-01437-RSM                             FAX: (206) 682-3002
Page 3 of 7

1

Email: sisterlaw@me.com

By: /s/ Susan B. Mindenbergs

2

Susan B. Mindenbergs, WSBA #20545
Law Office of Susan B. Mindenbergs

3

705 Second Avenue, Suite 1050

4

Seattle, WA 98104
Telephone: (206) 447-1560

5

Facsimile:  (206) 447-1523
Email: susanmm@msn.com

6

*Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S REQUEST TO PERMIT ENTRY
UPON DEFENDANT SHERIFF EDWARD C.
TROYER'S PROPERTY *AND OBJECTIONS AND
RESPONSE THERETO*
Case No. 2:21-cv-01437-RSM
Page 4 of 7

THE LAW OFFICES OF VONDA M. SARGENT
119 FIRST AVE. S., STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

1

2                          **DEFENDANT TROYER'S VERIFICATION**

3    STATE OF WASHINGTON

4    CITY/COUNTY OF ___*Pierce*___, to-wit:

5          Edward C. Troyer, being first duly sworn upon oath, deposes and states as follows:

6          That I am a Defendant herein; that I have read the foregoing response to Plaintiff's Request

7    to Permit Entry Upon Defendant Sheriff Edward C. Troyer's Property, know the contents thereof,

8    and represent the same to be true and complete.

9          I certify (or declare) under penalty of perjury under the laws of the State of Washington and

10   the United States of America that the foregoing is true and correct.

11         Dated this *26* day of *September* 2023, in *Fircrest*___, Washington.

12

13                                          Edward C. Troyer, Defendant

14

15         Subscribed and sworn to before me this *26* day of *September*___ 2023.

16

17                                          (Signature)

18

19                                          *Nichoal Flynn*
            NICHOAL FLYNN
20          Notary Public                   (Printed Name)
            State of Washington
            Commission # 23024204
21      My Comm. Expires Sep 5, 2027        NOTARY PUBLIC in and for the State of Washington

            My Commission Expires: *September 2027*

22

23

24

25

26

PLAINTIFF'S REQUEST TO PERMIT ENTRY          **THE LAW OFFICES OF VONDA M. SARGENT**
UPON DEFENDANT SHERIFF EDWARD C.             119 FIRST AVE. S., STE. 500
TROYER'S PROPERTY *AND OBJECTIONS AND*       SEATTLE, WA 98104-2564
*RESPONSE THERETO*                           TEL: (206) 838-4970
Case No. 2:21-cv-01437-RSM                   FAX: (206) 682-3002
Page 5 of 7

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2023, the undersigned caused a true and correct copy of the foregoing document to be served in the manner indicated below upon the following individual(s):

L. Clay Selby, WSBA #26049
Eric F. Schacht, WSBA #56342
Ledger Square Law, P.S.
710 Market Street
Tacoma, WA 98402
Telephone: (253) 327-1900
Facsimile: (253) 327-1700
Email: Clay@LedgerSquareLaw.com
Email: Eric@LedgerSquareLaw.com
*Attorneys for Defendant Edward C. Troyer*

☐ Legal Messenger
☐ USPS First Class Mail
☐ Facsimile
☒ Electronic Mail
☐ UPS Shipping
☐ CM/ECF

Gregory E. Jackson, WSBA #17541
Jackson & Nicholson, P.S.
900 SW 16th Street, Suite 215
Renton, WA 98057
Telephone: (206) 582-6001
Facsimile: (206) 466-6085
Email: Greg@jnseattle.com
*Attorney for Defendant Pierce County, WA*

☐ Legal Messenger
☐ USPS First Class Mail
☐ Facsimile
☒ Electronic Mail
☐ UPS Shipping
☐ CM/ECF

The foregoing statement is made under the penalty of perjury under the laws of the State of Washington and is true and correct.

DATED this 29th day of August 2023.

By: */s/ Christine A. Tobin*
Christine A. Tobin, *Paralegal*
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile: (206) 447-1523
Email: christine@sbmlaw.net

PLAINTIFF'S REQUEST TO PERMIT ENTRY
UPON DEFENDANT SHERIFF EDWARD C.
TROYER'S PROPERTY *AND OBJECTIONS AND
RESPONSE THERETO*
Case No. 2:21-cv-01437-RSM
Page 6 of 7

**THE LAW OFFICES OF VONDA M. SARGENT**
119 FIRST AVE. S., STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PLAINTIFF'S REQUEST TO PERMIT ENTRY
UPON DEFENDANT SHERIFF EDWARD C.
TROYER'S PROPERTY *AND OBJECTIONS AND
RESPONSE THERETO*
Case No. 2:21-cv-01437-RSM
Page 7 of 7

THE LAW OFFICES OF VONDA M. SARGENT
119 FIRST AVE. S., STE. 500
SEATTLE, WA 98104-2564
TEL: (206) 838-4970
FAX: (206) 682-3002