THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEDRICK DEWAYNE ALTHEIMER,<br><br>   Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD TROYER, (a/k/a Ed Troyer), in his individual and official capacity,<br><br>   Defendants. | Case No. 2:21-cv-01437-RSM<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FRCP 68** |

Pursuant to Fed. R. Civ. P. 68(a), Plaintiff Sedrick Dewayne Altheimer, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendants Pierce County, Washington and Edward C. Troyer's Offer of Judgment to Plaintiff dated October 25, 2023, attached hereto as Exhibit A. No further determination of costs or fees must be determined by this Court pursuant to a separate agreement of the parties.

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FRCP 68
Case No. 2:21-cv-01437-RSM
Page 1 of 3

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

1   DATED this 3rd day of November 2023.

By: */s/ Susan B. Mindenbergs*
Susan B. Mindenbergs, WSBA #20545
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile:  (206) 447-1523
Email: susanmm@msn.com

By: */s/ Vonda M. Sargent*
Vonda M. Sargent, WSBA #24552
The Law Offices of Vonda M. Sargent
119 First Avenue South, Suite 500
Seattle, WA 98104
Telephone: (206) 838-4970
Facsimile:  (206) 682-3002
Email: sisterlaw@me.com

*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FRCP 68
Case No. 2:21-cv-01437-RSM
Page 2 of 3

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, the undersigned caused a true and correct copy of the foregoing Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment Pursuant to FRCP 68 to be served in the manner indicated below upon the following individual(s):

| | |
|---|---|
| Gregory E. Jackson, WSBA #17541<br>Jackson & Nicholson, P.S.<br>900 SW 16th Street, Suite 215<br>Renton, WA 98057<br>Telephone: (206) 582-6001<br>Facsimile: (206) 466-6085<br>Email: Greg@jnseattle.com<br>*Attorney for Defendant Pierce County, WA* | ☐ Legal Messenger<br>☐ USPS First Class Mail<br>☐ Facsimile<br>☐ Electronic Mail<br>☐ UPS/FedEx Shipping<br>☒ CM/ECF |
| L. Clay Selby, WSBA #26049<br>Selby Morgan & Born, PLLC<br>1019 Regents Blvd., Suite 103<br>Fircrest, WA 98466<br>Telephone: (253) 446-8610<br>Facsimile: (253) 327-1700<br>Email: clay@smb-lawyers.com<br>*Attorney for Defendant Edward C. Troyer* | ☐ Legal Messenger<br>☐ USPS First Class Mail<br>☐ Facsimile<br>☐ Electronic Mail<br>☐ UPS/FedEx Shipping<br>☒ CM/ECF |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 3rd day of November 2023.

By: */s/ Christine A. Tobin*
Christine A. Tobin, *Paralegal*
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile: (206) 447-1523
Email: christine@sbmlaw.net

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FRCP 68
Case No. 2:21-cv-01437-RSM
Page 3 of 3

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM