# Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment Pursuant to FRCP 68

# Exhibit A

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEDRICK DEWAYNE ALTHEIMER, | NO.  2:21-cv-01437-RSM |
| Plaintiff, | |
| vs. | OFFER OF JUDGMENT PURSUANT TO RULE 68 |
| PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD C. TROYER, (a/k/a Ed Troyer), in his individual and official capacity, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 68 and *Marek v. Chesny,* 473 U.S. 1 (1985), Defendants Pierce County and Edward C. Troyer hereby offer to permit Plaintiff to take a judgment against them in settlement of all claims against all Defendants to this action, including but not limited to Defendants Pierce County and Edward C. Troyer, in the amount of Five Hundred Thousand and Fifteen Dollars ($500,015.00) plus reasonable attorney's fees and costs as determined by the Court.

This Offer is extended in an effort to settle and fully resolve all legal and equitable relief sought by Plaintiff in this case against Defendants, to include any current or former employees of Pierce County.  This Offer is made for the purpose of and pursuant to Federal Rule of Civil

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax:  (253) 798-6713

1  Procedure 68 and shall not be construed as a waiver of any defense or objection, as an admission

2  of liability, or as an admission that Plaintiff has suffered any injury or incurred any damages as a

3  result of any action, inaction, or other conduct by Defendants.  This Offer is made in an attempt to

4  allow Plaintiff and Defendants to compromise their respective litigation positions, to eliminate the

5  added costs of further discovery and other trial preparation, and to avoid the risks and expenses of

6  trial.

7          DATED this 25th day of October, 2023.

8          By:   *s/ Gregory E. Jackson*
                 Gregory E. Jackson, WSBA #17541
9                Jackson & Nicholson, P.S.
                 900 SW 16th Street, Suite 215
10               Renton, WA 98057
                 Telephone: (206) 582-6001
11               Facsimile: (206) 466-6085
                 Email: greg@jnseattle.com
12               *Attorney for Defendant Pierce County, WA*

13         By:   *s/ L. Clay Selby*
                 L. Clay Selby, WSBA #26049
14               Selby, Morgan & Born, PLLC
                 1019 Regents Blvd. W., Suite 103
15               Fircrest, WA 98466
                 Telephone: (253) 327-1704
16               Facsimile: (253) 327-1700
                 Email: clay@smb-lawyers.com
17               *Attorney for Defendant Edward C. Troyer*

18

19

20

21

22

23

24

OFFER OF JUDGMENT - 2                          Pierce County Prosecuting Attorney/Civil Division
NO. 2:21-cv-01437 RSM                          930 Tacoma Avenue South, Suite 946
                                               Tacoma, Washington 98402-2102
                                               Main: (253) 798-6732 / Fax:  (253) 798-6713

**CERTIFICATE OF SERVICE**

I certify that I served on all parties or their counsel of record a copy of this document addressed as follows:

Susan B. Mindenbergs
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
(206) 447-1560
susanmm@msn.com

☐ CM/ECF-Filing
☐ U.S. Mail Postage Prepaid
☒ ABC/Legal Messenger
☒ Email

Attorney for Plaintiff

Vonda M. Sargent
Law Offices of Vonda M. Sargent
119 First Avenue South, Suite 500
Seattle, WA 98104
(206) 838-4970
sisterlaw@me.com

☐ CM/ECF-Filing
☐ U.S. Mail Postage Prepaid
☒ ABC/Legal Messenger
☒ Email

Attorney for Plaintiff

L. Clay Selby
Selby Morgan & Born, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA 98466
(253) 446-8610
clay@smb-lawyers.com

☐ CM/ECF-Filing
☐ U.S. Mail Postage Prepaid
☐ ABC/Legal Messenger
☒ Email

Attorney for Defendant Pierce County
Sheriff Edward C. Troyer

DATED this 25th day of October, 2023, at Renton, Washington.

/s/ Jenny Singleton
Jenny Singleton, Paralegal
Jackson & Nicholson, P.S.
900 SW 16th Street, Suite 215
Renton, WA  98057
(206) 582-6001
Fax: (206) 466-6085
Jenny@jnseattle.com

OFFER OF JUDGMENT - 3
NO. 2:21-cv-01437 RSM

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax:  (253) 798-6713