Exhibit 1

  



**LOCAL NEWS**

# Black newspaper carrier settles lawsuit with Pierce County sheriff over 2021 confrontation

—

The civil suit claimed Ed Troyer violated Sedrick Altheimer's constitutional rights and caused him severe emotional distress.

Ad 1 of 1      00:02

 Cooling Experts
by iwantsmart.com

Learn more



Skip Ad

▶   00:00 / 00:00   🔊 ━━━━━━━━━━━━━━━    ↱ ⤢

Author: **KING 5 Staff**
Published: **8:01 PM PST November 6, 2023**
Updated: **5:46 PM PST November 7, 2023**



PIERCE COUNTY, Wash. — The man who alleged Pierce County Sheriff Ed Troyer violated his civil rights has settled his lawsuit with Troyer and the county for just over $500,015.

Sedrick Altheimer, a Black newspaper carrier, filed the $5 million lawsuit after the 2021 confrontation with Troyer outside the sheriff's home. The parties finalized an agreement for $500.015, but Pierce County said there was no admission of liability or wrongdoing.

Sponsored Links



Altheimer's attorney, Vonda Sargent, told KING 5 Altheimer's home burned down, "so that was the impetus for getting this case resolved." She went on to say he and his children were "essentially homeless" and that he is "fortunate that there was an offer for him to accept."

Troyer faced one charge of false reporting and one charge of making a false or misleading statement to a public servant after he allegedly claimed on an officer line to 911 dispatch that Altheimer threatened to kill him in January 2021. He later retracted that statement.

The call prompted more than 40 officers from varying agencies to respond to the scene.

According to Altheimer's testimony during the trial, he was working on his paper route at about 1:40 a.m. on Jan. 27, 2021. He then noticed a white SUV following him.

After spotting the SUV three times, Altheimer said he walked up to the car after delivering a paper. Altheimer said he asked Troyer, who was driving, why he was following him, if he was a cop and if it was because he was Black. He said Troyer then accused him of being a "porch pirate."

After he delivered a few more newspapers, he said he saw Troyer's car again, and then police started to show up.

Troyer pleaded not guilty to the charges in October 2021. He was found not guilty and cleared of any criminal wrongdoing on Dec. 14, 2022.

Altheimer settled with Troyer and Pierce County. The civil suit claimed Troyer violated Altheimer's constitutional rights and caused him severe emotional distress.

Watch: Interview with Altheimer's attorney



Lawyer for Sedrick Altheimer discusses $500,015 settlement agreement

**Related Articles**

Tacoma cop, Black newspaper carrier says confrontation with Pierce County sheriff impacts him every day

Newspaper carrier who says he was targeted by Pierce County sheriff testifies

Pierce County Sheriff Ed Troyer found not guilty on two charges connected to 2021 incident



Pierce County Sheriff Ed Troyer trial | Verdict

Taboola Feed