Exhibit 3

| | |
|---|---|
| **From:** | Susan Mindenbergs |
| **To:** | Clay Selby; Christine Tobin; Greg Jackson |
| **Cc:** | Vonda Sargent (sisterlaw@me.com); Paula Terrell (sargentlaw9@gmail.com); Jenny Singleton; Amy Shackelford |
| **Subject:** | Re: Altheimer - Stipulated Motion and Order of Dismissal |
| **Date:** | Wednesday, November 22, 2023 2:05:33 PM |

Hi Clay,

We will sign the stipulation to dismiss after the settlement check has cleared.  I am guessing that will be in the next couple of weeks.

Susan B. Mindenbergs
Attorney at Law
705 Second Avenue, Suite 1050
Seattle, WA 98104
Phone: (206) 447-1560

This communication may contain information that is confidential and/or protected by attorney-client privilege.  It was intended only for the named recipient.  If you have received this communication in error, please delete it immediately and contact the sender to advise them of improper delivery.

**From:** Clay Selby <clay@smb-lawyers.com>
**Sent:** Monday, November 20, 2023 10:58 AM
**To:** Christine Tobin <christine@sbmlaw.net>; Gregory Jackson (Greg@jnseattle.com) <Greg@jnseattle.com>
**Cc:** Susan Mindenbergs <susanmm@msn.com>; Vonda Sargent (sisterlaw@me.com) <sisterlaw@me.com>; Paula Terrell (sargentlaw9@gmail.com) <sargentlaw9@gmail.com>; Jenny Singleton <jenny@jnseattle.com>; Amy Shackelford <amy@smb-lawyers.com>
**Subject:** Altheimer - Stipulated Motion and Order of Dismissal

Susan and Vonda,

Please advise if I may add your electronic signature to the attached and file.

Regards,

L. Clay Selby, Jr.
Attorney
Selby Morgan & Born, PLLC | www.smb-lawyers.com
1019 Regents Blvd., Ste 103
Fircrest, WA 98466
Direct:  253.327.1704
Main:    253.446.8610
Fax:     253.327.1700

**From:** Christine Tobin <christine@sbmlaw.net>
**Sent:** Monday, November 13, 2023 11:31 AM

**To:** Clay Selby <clay@smb-lawyers.com>; Gregory Jackson (Greg@jnseattle.com) <Greg@jnseattle.com>
**Cc:** Susan Mindenbergs <susanmm@msn.com>; Vonda Sargent (sisterlaw@me.com) <sisterlaw@me.com>; Rosen ADR <Steve@rosenadr.com>; Paula Terrell (sargentlaw9@gmail.com) <sargentlaw9@gmail.com>
**Subject:** Altheimer - Signed Settlement Agreement

Counsel:

Attached is the signed settlement agreement and signed appendix. We will mail the originals to Mr. Jackson's office.

Thank you.

*Christine A. Tobin*
```
Paralegal
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone:(206)447-1560
Direct:(206)267-1647
Fax:(206)447-1523
Email: christine@sbmlaw.net
```

www.susanmindenbergslaw.com

NOTICE: This email is from a law firm and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this email in error, please notify the sender immediately, delete the email from your computer and do not copy or disclose it to anyone else. If you are not an existing client of this firm, do not construe anything in this email to make you a client unless it contains a specific statement to that effect and do not disclose anything in reply that you expect to be held in confidence. If you properly received this email as a client, co-counsel or retained expert of this firm, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.