# Exhibit 4



| | PIERCE COUNTY | **1721700** |
|---|---|---|
| Finance Department<br>950 Fawcett Ave Suite 100<br>Tacoma WA 98402-5603 | Risk Management 253-798-7588 | Warrant# 1721700 |

| PAY TO | VONDA SARGENT IN TRUST FOR SEDRICK ALTHEIMER | | Date: 12/19/2023 |
|---|---|---|---|
| **Date** | **Document #** | **Reference** | **Payment Amount** |
| 12/19/2023 | | 21O-02070/MBD | $500,015.00 |



Rec'd 12/23/23
SM

---

THIS CHECK IS VOID WITHOUT A RED & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

| Finance Department<br>950 Fawcett Ave Suite 100<br>Tacoma WA 98402-5603 | Risk Management | KEYBANK NATIONAL ASSOCIATION | 97-300<br>1243 |
|---|---|---|---|
| | | Warrant Date: 12/19/2023 | **1721700** |

PAY TO   VONDA SARGENT IN TRUST FOR SEDRICK ALTHEIMER

Five Hundred Thousand Fifteen and 00/100 Dollars            $500,015.00

VONDA SARGENT IN TRUST FOR SEDRICK ALTHEIMER
705 Second Ave, Suite 1050
Seattle, WA 98104

VOID SIX MONTHS AFTER WARRANT DATE

*[signature]*
FINANCE DIRECTOR



| | | | | 1721699 |
|---|---|---|---|---|
| | | PIERCE COUNTY | | |
| | | Risk Management 253-798-7588 | | Warrant# 1721699 |

| | | | Date: 12/20/2023 |
|---|---|---|---|
| PAY TO | VONDA SARGENT | | |
| Date | Document # | Reference | Payment Amount |
| 12/20/2023 | | Attorney Fees 21O-02070/MBD | $300,000.00 |



Rec'd 12/23/23 SM

---

THIS CHECK IS VOID WITHOUT A RED & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**Finance Department**
950 Fawcett Ave Suite 100
Tacoma WA 98402-5603

Risk Management

KEYBANK NATIONAL ASSOCIATION  97-300/1243

Warrant Date: 12/20/2023              1721699

PAY TO   VONDA SARGENT

Three Hundred Thousand and 00/100 Dollars              $300,000.00

VOID SIX MONTHS AFTER WARRANT DATE

VONDA SARGENT
705 Second Ave, Suite 1050
Seattle, WA 98104

*[signature]*
FINANCE DIRECTOR