THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEDRICK DEWAYNE ALTHEIMER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, WASHINGTON, and PIERCE COUNTY SHERIFF EDWARD TROYER, (a/k/a Ed Troyer), in his individual and official capacity,<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-01437-RSM<br><br>**STIPULATED MOTION<br>AND ORDER OF DISMISSAL<br>WITH PREJUDICE**<br><br>Note on Motion Calendar:<br>January 16, 2024 |

## I.　　STIPULATED MOTION

COME NOW the Parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice and without costs to either party. The Parties join in requesting that the Court enter the below Order of Dismissal.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE
Case No. 2:21-cv-01437-RSM
Page 1 of 3

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

DATED this 16th day of January 2024.

By: */s/ Susan B. Mindenbergs*
Susan B. Mindenbergs, WSBA #20545
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile:  (206) 447-1523
Email: susanmm@msn.com
*Attorney for Plaintiff*

By: */s/ Gregory E. Jackson*
Gregory E. Jackson, WSBA #17541
Jackson & Nicholson, P.S.
900 SW 16th Street, Suite 215
Renton, WA 98057
Telephone: (206) 582-6001
Facsimile:  (206) 466-6085
Email: Greg@jnseattle.com
*Attorney for Defendant Pierce County, WA*

By: */s/ Vonda M. Sargent*
Vonda M. Sargent, WSBA #24552
The Law Offices of Vonda M. Sargent
119 First Avenue South, Suite 500
Seattle, WA 98104
Telephone: (206) 838-4970
Facsimile:  (206) 682-3002
Email: sisterlaw@me.com
*Attorney for Plaintiff*

By: */s/ L. Clay Selby*
L. Clay Selby, WSBA #26049
Selby Morgan & Born, PLLC
1019 Regents Blvd., Suite 103
Fircrest, WA 98466
Telephone: (253) 446-8610
Facsimile:  (253) 327-1700
Email: clay@smb-lawyers.com
*Attorney for Defendant Edward C. Troyer*

## II.   ORDER

THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court, upon stipulation made and entered into between the parties hereto through their respective and duly authorized attorneys, and the Court having been fully advised in the premises, it is now, therefore

ORDERED, ADJUDGED, and DECREED that this action be, and the same hereby is, dismissed with prejudice against all parties without costs to any party.

DATED this 17th day of January 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH PREJUDICE
Case No. 2:21-cv-01437-RSM
Page 2 of 3

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

1  By: */s/ Susan B. Mindenbergs*  
　Susan B. Mindenbergs, WSBA #20545  
　Law Office of Susan B. Mindenbergs  
　705 Second Avenue, Suite 1050  
　Seattle, WA 98104  
　Telephone: (206) 447-1560  
　Facsimile: (206) 447-1523  
　Email: susanmm@msn.com  
　*Attorney for Plaintiff*

By: */s/ Gregory E. Jackson*  
　Gregory E. Jackson, WSBA #17541  
　Jackson & Nicholson, P.S.  
　900 SW 16th Street, Suite 215  
　Renton, WA 98057  
　Telephone: (206) 582-6001  
　Facsimile: (206) 466-6085  
　Email: Greg@jnseattle.com  
　*Attorney for Defendant Pierce County, WA*

By: */s/ Vonda M. Sargent*  
　Vonda M. Sargent, WSBA #24552  
　The Law Offices of Vonda M. Sargent  
　119 First Avenue South, Suite 500  
　Seattle, WA 98104  
　Telephone: (206) 838-4970  
　Facsimile: (206) 682-3002  
　Email: sisterlaw@me.com  
　*Attorney for Plaintiff*

By: */s/ L. Clay Selby*  
　L. Clay Selby, WSBA #26049  
　Selby Morgan & Born, PLLC  
　1019 Regents Blvd., Suite 103  
　Fircrest, WA 98466  
　Telephone: (253) 446-8610  
　Facsimile: (253) 327-1700  
　Email: clay@smb-lawyers.com  
　*Attorney for Defendant Edward C. Troyer*

STIPULATED MOTION AND ORDER  
OF DISMISSAL WITH PREJUDICE  
Case No. 2:21-cv-01437-RSM  
Page 3 of 3

**SUSAN B. MINDENBERGS**  
ATTORNEY AT LAW  
705 SECOND AVENUE, SUITE 1050  
SEATTLE, WA 98104  
TEL: (206) 447-1560; FAX: (206) 447-1523  
SUSANMM@MSN.COM